**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

FRANCES RENEE
MILLER/PERRY                                                                                          PLAINTIFF
ADC #708998

V.                                             NO: 1:10CV00090 JMM

JAMES GIBSON *et al.*                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   6   day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE